AO 450 Judgment in a Civil Case

# United States District Court

### SOUTHERN DISTRICT OF CALIFORNIA

Steven Gilmore

## V.                                         **JUDGMENT IN A CIVIL CASE**

Jeanne Woodford

**CASE NUMBER:**   05cv1863-W(WMc)

☐    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑    **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that the Report and Recommendation is adopted in its entirety and the Petition for Writ of Habeas Corpus is denied; Clerk shall close the file. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

| September 13, 2006 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |

/M.Marner

(By) Deputy Clerk

ENTERED ON September 13, 2006

05cv1863-W(WMc)