FILED
06 SEP 14 AM 9:51
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN GILMORE,<br><br>Petitioner,<br><br>v.<br><br>JEANNE WOODFORD, Acting Secretary of the California Department of Corrections and Rehabilitation,<br><br>Respondent. | CASE NO. 05-CV-1863 W (WMc)<br><br>ORDER VACATING THE COURT'S SEPTEMBER 8, 2006 ORDER ADOPTING THE REPORT; REOPENING THE CASE |

   Petitioner seeks 28 U.S. § 2254 habeas relief. On August 17, 2006 Magistrate Judge William McCurine, Jr. issued a Report and Recommendation ("Report") recommending that this Court deny the Petition. Objections to the Report were due no later than August 29, 2006. On September 8, 2006 the Court adopted the Report without review, noting that Petitioner had not filed objections or requested an extension of time in which to do so.

//
//

- 1 -

05cv1863w

Dockets.Justia.com

On September 12, 2006 the Court received Petitioner's request for an extension of time to file objections via a discrepancy order. Petitioner's request is dated August 29, 2006.[1] On September 13, 2006 the Court accepted Petitioner's extension request for filing.

Having reviewed Petitioner's request, the Court finds an extension is warranted. Petitioner's request is **GRANTED**. (Doc. No. 18.) <u>**Petitioner**</u> shall file his objections to the Report by no later than <u>**October 13, 2006**</u>. Respondent may file his reply, if any, by no later than <u>**October 27, 2006**</u>. The Court's September 8, 2006 order adopting the Report and denying the Petition is **HEREBY VACATED**. The clerk of the court shall re-open the district court case file.

**IT IS SO ORDERED.**

DATE: September 13, 2006

HON. THOMAS J. WHELAN
United States District Court
Southern District of California

CC: ALL PARTIES
    HONORABLE WILLIAM MCCURINE, JR., UNITED STATES MAGISTRATE JUDGE

---

[1] The request is actually dated "9/29/06." The Court assumes this is a mistake on Petitioner's part and that he intended to write 8/29/06 since the Court received his request long before September 29, 2006.